# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT
CASE NO.: 5:10-CV-4

**BARRY EVELAND**, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **OWENS-BROCKWAY GLASS CONTAINER, INC. c/o The Corporation Trust Company** at **Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801** resulting in:

**XX**   Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the **9th** day of **August**, 2010 at **10:45 a** .M.
Name: **SCOTT LASCALA**   Title: **PROCESS AGENT**

\_\_\_\_  Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | M | Hair Color/Style: | BLACK |
| Race: | W | Height (approx.): | 6'0 |
| Age (approx.) | 35 | Weight (approx.): | 200 |

Notable Features/Notes: _____

Signed and Sworn to before me
This **9th** day of **August**, 2010.

Notary Public

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Served By:

BARRY EVELAND
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.